PROB 12C - (Rev. D/NM-8/2014)

1205581

## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF NEW MEXICO

### Petition for Revocation of Supervised Release

| | |
|---|---|
| Name of Offender: | Sayra M Baeza |
| Docket Number: | 1084 1:25CR00305-001KWR |
| Assigned Judge: | Honorable Kea W. Riggs, United States District Judge |
| Date of Original Sentence: | 02/19/2016 |
| Original Offense: | Count 1: 18 U.S.C. 372: Conspiracy to Impede Federal Agents from Discharging Their Duties and Injure Agents and Property of the United States. |
| | Count 2: 18 U.S.C. 111(a)(1), and (b): Resist and Assault a Federal Officer with a Dangerous Weapon; and Aiding and Abetting; 18 U.S.C. 2 |
| | Count 4: 8 U.S.C. 922(g)(1): Convicted Felon in Possession of Firearms |
| | Count 9: 18 U.S.C. 2312: Transport in Interstate Commerce a Stolen Motor Vehicle; and Aiding and Abetting; 18 U.S.C. 2 |
| Original Sentence: | BOP: 128 months; TSR: 36 months |
| Date Supervision Commenced: | 04/04/2024 |
| Date Supervision Expires: | 04/03/2027 |
| Other Court Action: | 02/24/2025: The District of New Mexico accepted Jurisdiction from the Western District of Texas. |

## PETITIONING THE COURT

No warrant requested.  Emergency warrant issued.

U.S. Probation Officer of the Court, Eduardo G. Casteneda, alleges the defendant has violated the following condition(s) of supervised release.

| Violation Type | Nature of Noncompliance |
|---|---|
| MC | The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug test thereafter (as determined by the court) for use of a controlled substance, but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicated low risk of future substance abuse by the defendant.

On September 29, October 3, 14, 23, 2025, the defendant submitted urine samples for drug testing at Legacy Medical Services in Hobbs, New Mexico, which returned with positive results for amphetamines. The defendant admitted to her use of methamphetamine on or above the above dates. |

This marks the defendant's fourth positive drug test for illegal controlled substances since 11/07/2023. Pursuant to 18 U.S.C. 3583 (g)(4) if the defendant, as part of testing, tests positive for illegal controlled

substances more than three times over the course of one year, the Court shall revoke the term of supervised release and require the defendant to serve a term of imprisonment, not to exceed the maximum term of imprisonment authorized. Pursuant to 18 U.S.C. 3563(e) and 18 U.S.C. 3583(d)., sentencing provisions authorize the Court (acting in accordance with sentencing guidelines) to exempt the defendant who fails a drug test from the mandatory revocation and imprisonment provisions.

The maximum statutory penalty:  24 months imprisonment; 36 months supervised release.
The revocation range of imprisonment:  5 to 11 months.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 11/10/2025.

Submitted:                                                  ☒ Concurs


*Eduardo G. Casteneda*
Eduardo G. Casteneda                                        Paul Mysliwiec
U.S. Probation Officer                                      Assistant U.S. Attorney
Cell #: 575-288-5945


                                                            Date: 11/10/2025

2